IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| RIO HOME CARE, LLC | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NUMBER |
| | ) | |
| | ) | M-17-116 |
| ALEX M. AZAR, II, et al. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Defendant Palmetto's "Motion for Entry of Final Judgment under Rule 54(b) of the Federal Rules of Civil Procedure." After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED and DECREED that the conclusions in United States Magistrate Judge Peter E. Ormsby's Report and Recommendation entered as Docket Entry Number 43 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to the Parties.

DONE on this 27th day of September, 2018, at McAllen, Texas.

Ricardo H. Hinojosa
U.S. DISTRICT JUDGE